```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```



FILED
FEB 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | SW-F 09-00038 |
|---|---|
| 640 WEST MCKINLEY AVENUE, FRESNO, CALIFORNIA | 09-00039<br>09-00040<br>09-00041<br>09-00042 |
| 2446 NORTH WEBER AVENUE FRESNO, CALIFORNIA | 09-00043<br>09-00044 |
| 2130 NORTH MARKS AVE APT #152 FRESNO, CALIFORNIA | ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND WARRANTS |
| 4851 NORTH CEDAR AVE APT #140 FRESNO, CALIFORNIA | |
| 4337 NORTH CEDAR AVE APT #102 FRESNO, CALIFORNIA | |
| 4068 W. APPLE TREE LANE, FRESNO, CALIFORNIA | |
| 5034 WEST BULLARD AVE APT #205, FRESNO, CALIFORNIA | |
| 11621 AVE 261, TULARE, CALIFORNIA | |

The search warrant affidavit in this case having been sealed by Order of its Court on January 27, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

1

1  IT IS HEREBY ORDERED that the search warrant affidavit and
2  warrant be unsealed and made public record.

DATED: 2/27/09

_____
UNITED STATES MAGISTRATE JUDGE